NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

RATES TECHNOLOGY, INC.,
*Plaintiff,*

AND

JAMES B. HICKS,
*Plaintiff-Appellant,*

v.

MEDIATRIX TELECOM, INC. AND
MEDIA5 CORPORATION,
*Defendants-Appellees,*

AND

BURKE, WILLIAMS & SORENSEN, LLP,
*Defendant.*

---

2011-1384

---

Appeal from the United States District Court for the Eastern District of New York in case no. 05-CV-2755, Judge Joanna Seybert.

---

ON MOTION

---

ORDER

James B. Hicks moves without opposition for a 30-day extension of time, until February 20, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

__JAN 1 7 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James B. Hicks, Esq.
      Ethan Horwitz, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 7 2012

JAN HORBALY
CLERK